(08-63497) MICHAEL WHITED
KAMI WHITED
CREDITOR DID NOT CASH CHECK
CHECK #423797 FOR $1,010.88
RHODA WHITED
C/O GAYOLA KEEFER
352 W BUTLER STREET
MERCER, PA 16137-1029

#60592
FILED
2010 APR 20 PM 1:56
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON